# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO BERNAL, <br><br> Petitioner, <br><br> v. <br><br> JOHN MARSHALL, Warden, <br><br> Respondent. | No. CV 09-256-GHK (AGR) <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissed with prejudice.

DATED: 5/6/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE