# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO BERNAL,<br>    Petitioner,<br>  v.<br>JOHN MASHALL, Warden,<br>    Respondent. | No. CV 09-256-GHK (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 5/6/11

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE